**No. 39409.**—Protests 28547–G, etc., of Lord & Taylor et al. (New York).

Opinion by TILSON, J. The record established that certain items consist of artificial flowers similar to those involved in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473). The claim at 60 percent under paragraph 1419 was therefore sustained. Wool knit lace wearing apparel similar to that involved in Abstract 16064 was held dutiable at 45 cents per pound and 50 percent ad valorem under paragraph 1114.

**No. 39410.**—Protests 111101–G, etc., of Globe Shipping Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) materials and articles in chief value of cellulose filaments at 60 percent under paragraph 31, Abstract 37230 followed; (2) embroidered wearing apparel the same as that passed upon in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) at 75 percent under paragraph 1430; and (3) silk wearing apparel at 60 percent under paragraph 1210, Abstract 29972 followed.

**No. 39411.**—Protest 50466–G of John Wanamaker (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

BEFORE THE THIRD DIVISION, SEPTEMBER 21, 1938

**No. 39412.**—Protest 955384–G of Fynaut & Popek (New York).

Opinion by EVANS, J. It was stipulated that the merchandise in question is chicory similar to that the subject of Abstract 34842. The claim at 2 cents per pound under paragraph 776 was therefore sustained.

**No. 39413.**—Protest 871377–G (B) of E. C. Peta & Co. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise is origanum similar to that the subject of *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242). The claim for free entry under paragraph 1722 was therefore sustained.

**No. 39414.**—Protest 919865–G of International Milling Co. (Buffalo).

Opinion by EVANS, J. The protest was dismissed.

**No. 39415.**—Protest 889335–G of Yee Wo & Co. (San Francisco).

Opinion by EVANS, J. The protest was dismissed.